### Myrick *against* Chamblain and Darling.

DECLARATION in assumpsit by defendants against plaintiff in Error filed in *Mobile* Circuit Court at *November* term, 1821. Plea, non assumpsit. Next follows in the Record continued on suggestion of defendant at *May* term, 1823—*November* term 1823 continued, there being no court —*February* special term 1824, " This day came the parties by their attornies," &c. ; then follows a verdict and judgment for the plaintiffs in the usual form. *Myrick* assigned here as Error—that the Court rendered judgment after discontinuance ; to which there was a joinder in Error.

1, After joinder in error the Court will not, unless required by the obvious justice of the case, grant leave to file additional assignment of Errors.
2, Omission of entry of continuance in the Record is cured by subsequent appearance of the party.

*Acre*, for plaintiff in Error, now moved for leave to file an additional assignment, which was resisted by *Ruffin* for defendants in Error. If this motion should be overruled, they submitted the case on the error assigned.

Judge *Crenshaw* delivered the opinion of the Court.
This Court will not extend its discretionary power to aid in reversing a judgment. After assignment and joinder in Error, nothing but the obvious justice of the case would induce the Court to receive an additional assignment. We do not believe that the justice of the present case makes it necessary.
If there was a discontinuance, the defect was waived by the subsequent appearance of the defendant in the action.
It is the unanimous opinion of the Court that the judgment be affirmed.